NOTE: This order is nonprecedential

# United States Court of Appeals for the Federal Circuit

## 2010-1216

COMBINED TACTICAL SYSTEMS, INC. (now Combined Systems, Inc.),

Plaintiff-Appellant,

v.

DEFENSE TECHNOLOGY CORPORATION OF AMERICA (now Safariland, LLC)

Defendant-Appellee,

and

FEDERAL LABORATORIES, INC.,

Defendant.

Appeal from the United States District Court for the Southern District of New York in case no. 04-CV-8924, Judge Miriam Goldman Cedarbaum.

ON MOTION

## O R D E R

Upon consideration of the parties' joint motion to substitute Combined Systems, Inc. and Safariland, LLC as parties and to reform the caption,[*]

IT IS ORDERED THAT:

---

[*] Pursuant to Fed. R. App. P. 12(a), requiring that this court docket the case under the title of the district court action, it is this court's usual practice to retain the names of the parties as they were identified below, and to add the changes to the caption.

The motions are granted.  The revised official caption is reflected above.

FOR THE COURT

MAR 2 5 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Douglas J. Nash, Esq.
Jay Reed Campbell, Esq.
Donald L. Otto, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2010

JAN HORBALY
CLERK

2010-1216                    2